**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

TYRONE PRINCE, et al. on behalf of
themselves and all similarly-situated persons,

                                Case No. 1:16-cv-1477-CKK

                Plaintiffs,

     vs.

ARAMARK CORPORATION, et al.,

                Defendants.

                                       /

**ORDER FINALLY CERTIFYING SETTLEMENT CLASS AND
APPROVING SETTLEMENT**

Upon review and consideration of the Plaintiffs' Consent Motion for Final

Approval of Settlement, filed May 12, 2017 [Dkt. No. 37], the attachments thereto, and

the entire record herein, it is hereby ORDERED as follows:

    1.     The Court finds that it has jurisdiction over this Action.

    2.     The Court finally finds for the purposes of settlement—and only for such

purposes—that questions of law and fact common to class members predominate over

any questions affecting only individual members and that a class action is superior to

other available methods for fairly and efficiently adjudicating this controversy.

Accordingly, the Court finally certifies a class for purposes of effectuating the Settlement

Agreement reached between the parties defined as all current and former employees of

Defendants and their predecessors, assigns, and/or related companies who worked at the

Walter E. Washington Convention Center ("Washington Convention Center") at any time

between July 19, 2013 through November 16, 2016 and were not classified as salaried,

exempt employees.  The class includes, but is not limited to, all persons employed as housekeeping aides or similar positions.

3.      The terms of the Settlement Agreement are finally approved.  The Court finds that the Settlement Agreement was reached after arm's-length negotiations between the parties, and that the Settlement Agreement is adequate, fair, reasonable, and in the best interest of class members.

4.      The Court approves named Plaintiffs' application for Service Payments as fair and reasonable to compensate them for their time and effort in this litigation.

5.      The Claims Administrator selected by the parties and specified in the Settlement Agreement shall distribute all proceeds to the Plaintiffs pursuant to the Settlement Agreement.

6.      The Court finds class counsel's application for attorneys' fees and costs pursuant to the Settlement Agreement to be fair and reasonable and approves class counsel's application for attorneys' fees and costs.

7.      The Claims Administrator selected by the parties and specified in the Settlement Agreement shall distribute to class counsel payment of attorneys' fees and costs pursuant to the Settlement Agreement.

8.      This case is dismissed with prejudice.

9.     This Court shall retain jurisdiction over this case for purposes of enforcing the terms of the Settlement Agreement, if necessary.

Nothing in this Order is intended to or does alter any of the terms agreed by the parties in the Settlement.


SO ORDERED.

Dated: _6/30/2017_


_____
Honorable Colleen Kollar-Kotelly
United States District Court Judge

3